## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 9:15-CV-80886-ROSENBERG/BRANNON

DOROTHY BEVER, an individual, a/k/a
"DOTTI BEVER,"

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
a Georgia limited liability company, EXPERIAN
INFORMATION SOLUTIONS, INC., an Ohio
corporation, TRANSUNION, LLC, a Delaware
limited liability company, CHASE BANK, N.A.,
a national banking association, and LVNV FUNDING,
LLC, a Delaware limited liability company,

      Defendants.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

      This cause is before the Court *sua sponte*.  The Court has been informed that the Parties have reached a settlement agreement and/or the case has been dismissed.  Having been informed that the parties are in agreement and have resolved all disputes, it is hereby

      **ORDERED AND ADJUDGED:**

1.    This case is **ADMINISTRATIVELY CLOSED**.

2.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3.    The Parties are instructed to immediately file any appropriate pleadings related to the dismissal of this action.

4.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 31st day of July, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record